## Frances R. Garvy, Appellant, v. A. Cosmos Garvy, Appellee.

**Gen. No. 42,781.**

opinion filed December 13, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. George A. Curran, for appellant; W. H. Meyer, of counsel; Benjamin B. Davis and Ode L. Rankin, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.